This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CITY OF RIO RANCHO,**

Plaintiff-Appellee,

v.                                           **NO. 29,442**

**MICHAEL THOMAS CRISCUOLO,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

Gina R. Manfredi, Assistant City Attorney
Rio Rancho, NM

for Appellee

Michael T. Criscuolo
Los Lunas, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Defendant, pro se, appeals from the district court judgment and sentence finding him guilty of the charge of no seatbelt, in violation of NMSA 1978, § 66-7-

372 (2001). This Court's first notice proposed summary affirmance. Defendant filed a memorandum in opposition to the proposed disposition. We are not persuaded by Defendant's arguments, and affirm.

Defendant continues to assert that Section 66-7-372 does not apply because the driving laws are established for drivers, not passengers. [MIO 33] Defendant also questions why he should be charged with a driving infraction when public transportation provides no safety restraints and passengers are not issued traffic citations for no seatbelts. [MIO 33] Section 66-7-372 is contained in the "Safety Belt Use Act," NMSA 1978, §§ 66-7-370 to -373 (1985, as amended through 2001). Section 66-7-372(A) provides that "each occupant" shall wear a safety belt. The traffic laws are created for traffic safety of all occupants of a motor vehicle, and there is no distinction between drivers and passengers in the statute. Because the statute applies to all occupants of a motor vehicle, we affirm the district court judgment and sentence.

For these reasons, and those stated in the first notice of proposed disposition, we affirm the district court.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

2

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**CELIA FOY CASTILLO, Judge**